Marc E. Kasowitz (*Admitted pro hac vice*)
Daniel J. Fetterman (*Admitted pro hac vice*)
Thomas J. Amburgy (*Admitted pro hac vice*)
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
MKasowitz@kasowitz.com
DFetterman@kasowitz.com
TAmburgy@kasowitz.com

Amy Wilkins Hoffman (SB# 022762)
**FROST LLP**
3200 N. Central Ave., Ste. 1200
Phoenix, AZ 85012
Tel: (480) 466-7005
amyh@frostllp.com

*Counsel for Nikola Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Trevor R. Milton,<br><br>　　　　　Respondent. | No.: CV-23-02635-PHX-DJH (DMF)<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

1 | Pursuant to Federal Rule of Civil Procedure 26(c)(1), Petitioner Nikola Corporation
2 | and Respondent Trevor R. Milton (collectively, the "Parties," and each, a "Party")
3 | respectfully request that the Court enter the proposed form of Protective Order (the "Order")
4 | attached hereto. Good cause exists under Rule 26(c)(1) for the entry of the Order to protect
5 | the disclosure of proprietary or non-public information of a commercially, financially or
6 | personally sensitive nature such as confidential trade secrets, unpublished financial data,
7 | confidential business or products plans, or confidential customer information, or other
8 | information if disclosed would pose a high risk of competitive harm. The Parties request
9 | entry of the Order to facilitate the production, inspection, and discovery of documents and
10 | information among the Parties in this litigation while preserving each Party's rights and
11 | privileges with respect to such documents and information.

Dated: February 9, 2026

| | |
|---|---|
| KASOWITZ LLP | WALLIN HESTER, PLC |
| By: */s/ Thomas J. Amburgy* | By: */s/ Chad A. Hester* |
|     Marc E. Kasowitz<br>    Daniel J. Fetterman<br>    Thomas J. Amburgy<br>    1633 Broadway<br>    New York, New York 10019<br>    Tel: (212) 506-1700<br>    MKasowitz@kasowitz.com<br>    DFetterman@kasowitz.com<br>    TAmburgy@kasowitz.com |     Chad A. Hester<br>    Rome Towers<br>    1760 East Pecos Road, Ste. 332<br>    Gilbert, AZ 85295<br>    Tel: (480) 240-4150<br>    c.hester@wallinhester.com<br><br>*Counsel for Trevor R. Milton and Chelsey Milton.* |

FROST LLP

    Amy Wilkins Hoffman
    3200 N. Central Ave., Ste. 1200
    Phoenix, AZ 85012
    Tel: (480) 466-7005
    amyh@frostllp.com

*Counsel for Nikola Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to registered CMF participants.

Dated: February 9, 2026

By: */s/ Thomas J. Amburgy*
Thomas J. Amburgy (*admitted pro hac vice*)
**KASOWITZ LLP**
New York, New York 10019
Tel: (212) 506-1700

*Attorney for Plaintiff Nikola Corporation*

3